Case 1:23-cv-06876-VEC   Document 3   Filed 08/07/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
    KELROY JONAS,

                      Plaintiff,

        -against-

                                          23-CV-6876 (VEC)

    NATIONAL RAILROAD PASSENGER                   ORDER
    CORPORATION d/b/a "Amtrak,"

                      Defendant.

-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on August 7, 2023, Kelroy Jonas ("Plaintiff") filed this action against National Railroad Passenger Corporation d/b/a "Amtrak" ("Defendant"), *see* Compl., Dkt. 1;

        WHEREAS Plaintiff mistakenly alleges that venue is proper in this District because Defendant "is and was doing business and conducting rail operations and has and had places of business in and through several states including rail operations and places of business within [sic] County of Dillon, State of South Carolina, where this action is filed," *id.* ¶ 9; and

        WHEREAS the Complaint mistakenly includes two "Jurisdiction and Venue" sections, *see id.* ¶¶ 4–9;

        IT IS HEREBY ORDERED that not later than **Monday, August 14, 2023**, Plaintiff must file an amended complaint that corrects the deficiencies noted above or show cause why this case should not be dismissed for improper venue. Plaintiff's failure to be more careful when filing future submissions to the Court may result in sanctions.

**SO ORDERED.**

**Date: August 7, 2023**                                        _____
      **New York, NY**                                        **VALERIE CAPRONI**
                                                          **United States District Judge**