**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KELROY JONAS,

                      Plaintiff,                **23-CV-6876 (VEC)**

          -against-                 **ORDER SCHEDULING**
                                                                 **SETTLEMENT**
NATIONAL RAILROAD PASSENGER         **CONFERENCE**
CORPORATION d/b/a "Amtrak,"

                      Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      A settlement conference in this matter is scheduled for **Wednesday, January 22, 2025, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **January 15, 2025.**

      SO ORDERED.

DATED:    New York, New York
               September 24, 2024

                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge